LAURA E. DUFFY
United States Attorney
MARK W. PLETCHER
Colorado State Bar No. 34615
ROBERT S. HUIE
California State Bar No. 237374
Assistant U.S. Attorneys
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9714

Attorneys for Plaintiff
United States of America

9/17/13 KCM

FILED
13 SEP 12 PM 2: 14

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **13MJ3456** |
|---|---|
| Plaintiff, | **EX PARTE APPLICATION FILE UNDER SEAL** |
| v. | |
| LEONARD GLENN FRANCIS (1), and JOHN BERTRAND BELIVEAU II (2), | |
| Defendants. | |

//
//
//
//
//
//
//
//

Plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, Laura E. Duffy, United States Attorney, and Mark W. Pletcher and Robert S. Huie, Assistant U.S. Attorneys, hereby moves that the accompanying Complaint and Affidavit, and this Motion and Order, be ordered sealed until further order of the Court, on the grounds that such sealing is necessary to enable the arrest of the defendants.

DATED: September 12, 2013

LAURA E. DUFFY
United States Attorney

*Robert Huie*
ROBERT S. HUIE
Assistant U.S. Attorney