13 SEP 12 PM 2: 14

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD GLENN FRANCIS (1),<br>and JOHN BERTRAND<br>BELIVEAU II (2),<br><br>Defendants. | Case No.: 13MJ3456<br><br>**ORDER TO FILE DOCUMENTS UNDER SEAL** |

Upon application of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the Complaint and Affidavit, the Application to Seal, and this Order, shall be ordered sealed until further order of this Court.

IT IS SO ORDERED.

DATED: September 12, 2013

_____
THE HONORABLE DAVID H. BARTICK
UNITED STATES MAGISTRATE JUDGE

3