AO 442 (Rev. 10/03) Warrant for Arrest    UNSEALED 9/17/13 KM

# UNITED STATES DISTRICT COURT

Southern District of California

**FILED**
SEP 19 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Leonard Glenn Francis (1) and
John Bertrand Beliveau II (2)

**WARRANT FOR ARREST**

Case Number: **13MJ3456**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Leonard Glenn Francis
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to commit bribery

DATE: 9/16/13
ARRESTED BY: NCIS - SA
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

in violation of Title  18  United States Code, Section(s)  371

| The Honorable David H. Bartick | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| United States Magistrate Judge | 9/12/2013    San Diego, California |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |