SEALED

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Southern District of California

FILED

SEP 1 9 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

V.

Leonard Glenn Francis (1) and
John Bertrand Beliveau II (2)

**WARRANT FOR ARREST**

Case Number:

**13MJ3456**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest

Leonard Glenn Francis
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to commit bribery

in violation of Title 18 United States Code, Section(s) 371

| | |
|---|---|
| The Honorable David H. Bartick | Signature of Issuing Officer (SEAL) |
| Name of Issuing Officer | |
| United States Magistrate Judge | 9/12/2013     San Diego, California |
| Title of Issuing Officer | Date and Location |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| 333 WEST HARBOR DR, SAN DIEGO CA | | |
| DATE RECEIVED 09/13/2013 | NAME AND TITLE OF ARRESTING OFFICER JOHN E. HELSING | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 09/16/2013 | SPECIAL AGENT, DCIS | |

(1) KWM

AO 442    (Rev. 10/03) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  LEONARD GLENN FRANCIS

ALIAS:  —

LAST KNOWN RESIDENCE:  40 NASSIM RD., SINGAPORE

LAST KNOWN EMPLOYMENT:  CEO GDMA

PLACE OF BIRTH:  PENANG, MALAYSIA

DATE OF BIRTH:  10/22/1964

SOCIAL SECURITY NUMBER:  NONE

HEIGHT:  6'3"                    WEIGHT:  350 lbs

SEX:  MALE                       RACE:  ASIAN

HAIR:  BLACK                     EYES:  BLACK

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:  NONE

FBI NUMBER:  _____

COMPLETE DESCRIPTION OF AUTO:  N/A

INVESTIGATIVE AGENCY AND ADDRESS:  DCIS
4542 RUFFNER ST, SUITE 360
SAN DIEGO  CA  92111