UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LEONARD GLENN FRANCIS,<br><br>    Defendant. | Case Nos. 13-MJ-3456-WMC<br>         13-MJ-3457-WMC<br><br>**ORDER OF DETENTION ON**<br>**DEFENDANT'S WAIVER OF BAIL**<br>**PENDING TRIAL** |

In accordance with the Bail Reform Act of 1984 (18 U.S.C. § 3141, *et seq.*), a detention hearing was set for September 20, 2013 in order to determine whether Leonard Glenn Francis ("defendant") should be held in custody pending trial. Assistant United States Attorneys Mark W. Pletcher and Robert S. Huie appeared on behalf of the United States. Attorney Edward Patrick Swan, Jr. specially appeared on behalf of the defendant.

At the hearing, the defendant knowingly and voluntarily waived his right to the setting of bail and a detention hearing, on the record and in the presence of counsel. Based on that waiver, the Court orders that the defendant be detained pending trial and, if convicted, sentencing in this matter, without prejudice or waiver of the defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right of the United States to seek detention in the event of an application by the defendant for such relief.

# O R D E R

IT IS HEREBY ORDERED that the defendant be detained pending trial and, if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

This order is made without prejudice to modification by this Court and without prejudice to the defendant's exercise of his right to bail and a detention hearing at a future date.

IT IS SO ORDERED.

DATED: 9/25/13

THE HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge