LAURA E. DUFFY
United States Attorney
MARK W. PLETCHER
Assistant U.S. Attorney
Colorado Bar No.: 34615
ROBERT S. HUIE
Assistant U.S. Attorney
California Bar No.: 237374
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9714
Email: mark.pletcher@usdoj.gov

JEFFREY KNOX
Chief, Fraud Section
CATHERINE VOTAW
Trial Attorney, Fraud Section
Pennsylvania Bar No.: 34823
BRIAN YOUNG
Trial Attorney, Fraud Section
Criminal Division
Ohio Bar No.: 0078395
Tel: (202) 353-0449
Email: Cathy.Votaw2@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13CR3781 JLS |
| Plaintiff, | **INFORMATION** |
| v. | Title 18, U.S.C., Sec. 371 – Conspiracy to Commit Bribery |
| LEONARD GLENN FRANCIS (1), and JOHN BERTRAND BELIVEAU, JR. (2), | |
| Defendants. | |

FILED
OCT 15 2013
CLERK, U.S. ...
SOUTHERN D...
BY

The United States charges that, at all times relevant to this Information:

1. Defendant LEONARD GLENN FRANCIS was a citizen of Malaysia, residing in Singapore. FRANCIS was the Chief Executive Officer and President of Glenn Defense Marine (Asia) ("GDMA"), a corporation organized under the laws of Singapore, which provided "husbanding" services under contracts with the U.S. Navy to support the Navy's operations in the Pacific Ocean. "Husbanding" involves the coordinating, scheduling, and direct and indirect procurement of items and services required by ships and submarines when they arrive at port.

2. Defendant JOHN BERTRAND BELIVEAU, JR., has been employed as a Special Agent by the Naval Criminal Investigative Service ("NCIS") since about 2002. BELIVEAU was stationed in Japan from in or about 2005 through in or about 2008, and in Singapore from in or about 2008 through in or about March 2012. BELIVEAU was assigned as a Supervisory Special Agent at NCIS Resident Agency, Quantico, Virginia, from in or about April 2012 until in or about September 2013.

3. NCIS has conducted several criminal investigations into the activities of FRANCIS and GDMA. Investigative reports concerning those investigations are stored in an internal NCIS database called the NCIS Knowledge Network ("K-NET"). These reports are law enforcement sensitive materials which cannot be disseminated without authorization, or to anyone without a need to know that information. As a Special Agent, BELIVEAU had access to K-NET.

4. BELIVEAU has never been assigned to supervise or assist with any investigation concerning GDMA, FRANCIS, or any related person or entity. No part of the GDMA-related investigations has involved the NCIS Quantico office since BELIVEAU's assignment there.

5. As an NCIS Special Agent, BELIVEAU was a "public official" as defined in 18 U.S.C. § 201(a). It was a violation of his official and lawful duties to disclose law enforcement sensitive information without authorization, or to anyone without a need

to know that information. It was also a violation of his official and lawful duties for him to advise the subject of an investigation on how to respond to that investigation.

6. FRANCIS was arrested for his role in the offense charged in this Information on September 16, 2013, in the Southern District of California.

## THE CONSPIRACY

7. Beginning in or about 2008, and continuing to in or about September 2013, defendants FRANCIS and BELIVEAU knowingly conspired to commit bribery, in violation of Title 18, United States Code, Sections 201(b)(1)(A) and (C), and 201(b)(2)(A) and (C), with such offense begun and committed on the high seas and outside any particular district.

## OBJECT OF THE CONSPIRACY

8. It was the object of the conspiracy for FRANCIS to obtain law enforcement sensitive information and advice about ongoing criminal investigations into his activities and those of GDMA, and in return to offer and provide things of value to or on behalf of BELIVEAU, including cash, hotel stays, travel, prostitute services, and a laptop.

## METHODS AND MEANS OF THE CONSPIRACY

9. In furtherance of this conspiracy, and to accomplish its object, the following methods and means were used, among others:

   a. FRANCIS would give, offer, and promise things of value to BELIVEAU, including cash, hotel stays, travel, services of prostitutes, and a laptop computer.

   b. BELIVEAU would demand, seek, receive, accept and agree to receive and accept these things of value from FRANCIS.

   c. In exchange for things of value, BELIVEAU would access the NCIS K-NET system, run search queries to obtain NCIS investigative reports relating to FRANCIS and GDMA, and provide FRANCIS with law enforcement sensitive

3

information from the K-NET system about ongoing NCIS criminal investigations into FRANCIS and GDMA.

    e.    In exchange for things of value, BELIVEAU would counsel FRANCIS as to how to respond to inquiries made by NCIS pertaining to the ongoing criminal investigations.

## OVERT ACTS

10. In furtherance of the conspiracy and to effect its object, the following overt acts, among others, were committed:

    a.    On or about March 4, 2011, FRANCIS paid the expenses for BELIVEAU to travel to Bangkok and stay for three days at a luxury hotel, and to receive the services of a prostitute for that time, including her time and travel expenses.

    b.    On or about July 6, 2011, BELIVEAU counseled FRANCIS on how to respond to an NCIS agent's inquiries about an ongoing criminal investigation into GDMA's husbanding contracts with the U.S. Navy.

    c.    On or about October 4, 2011, BELIVEAU sent an email to FRANCIS telling FRANCIS that BELIVEAU had some update reports about an ongoing NCIS criminal investigation into GDMA's husbanding contract with the U.S. Navy, and offering to meet with FRANCIS to provide him these law enforcement sensitive reports.

All in violation of Title 18, United States Code, Section 371.

## **FORFEITURE ALLEGATIONS**

11. The allegations set forth in paragraphs 1 through 10 of this Information are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c).

12. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the above-named defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 981(a)(1)(c), and Title 28, United States Code, Section 2461(c), including but not limited to all property, real or personal, which constitutes or is derived from proceeds traceable to bribes or a bribery conspiracy, as alleged in this Information.

DATED: October 15, 2013.

LAURA E. DUFFY
United States Attorney

By: */s/ Robert Huie*

MARK W. PLETCHER
ROBERT S. HUIE
Assistant U.S. Attorneys

JEFFREY H. KNOX
Chief, Fraud Section
Criminal Division

By: */s/ Robert Huie for*

CATHERINE VOTAW
BRIAN YOUNG
Trial Attorneys
Fraud Section
U.S. Department of Justice

5