Ethan M. Posner (*Pro Hac Vice*)
eposner@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: 202.662.5317
Facsimile: 202.662.6291

Sara J. O'Connell (Bar No. 238328)
soconnell@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: 858.678.1811
Facsimile: 858. 678.1600

Sarah E. Sloviter (Bar No. 272667)
sloviterlaw@gmail.com
LAW OFFICES OF SARAH SLOVITER
DF Garrettson House
2366 Front Street
San Diego, CA 92101
Telephone: 619.308.8482

*Attorneys for Defendant*
LEONARD GLENN FRANCIS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD GLENN FRANCIS (1),<br>and<br>JOHN BERTRAND BELIVEAU II (2)<br>and<br>GLENN DEFENSE MARINE (ASIA) PTE LTD (3)<br><br>　　　　　Defendants. | Case No. 3:13-cr-03781-JLS<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING FROM APRIL 3, 2015 TO OCTOBER 9, 2015** |

1

**JOINT MOTION TO CONTINUE SENTENCING HEARING** 3:13-cr-03781-JLS

1  The parties, through undersigned counsel, respectfully request that the Court
2  continue the sentencing hearing currently set in the above-entitled case on Friday, April
3  3, 2015, 9:00 a.m. until Friday, October 9, 2015, at 9:00 a.m.

Dated: February 23, 2015

*s/ Sara J. O'Connell*
Sara J. O'Connell
Attorney for Defendant
LEONARD GLENN FRANCIS and
GLENN DEFENSE MARINE
(ASIA) PTE LTD

Dated: February 23, 2015

*s/ Mark Pletcher*
Mark Pletcher
Assistant U.S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA