Ethan M. Posner (*Pro Hac Vice*)
eposner@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Telephone: 202.662.5317
Facsimile: 202.662.6291

Sara J. O'Connell (Bar No. 238328)
soconnell@cov.com
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122
Telephone: 858.678.1811
Facsimile: 858. 678.1600

Sarah E. Sloviter (Bar No. 272667)
sloviterlaw@gmail.com
LAW OFFICES OF SARAH SLOVITER
DF Garrettson House
2366 Front Street
San Diego, CA 92101
Telephone: 619.308.8482

*Attorneys for Defendant*
LEONARD GLENN FRANCIS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARD GLENN FRANCIS (1), and<br>JOHN BERTRAND BELIVEAU II (2) and<br>GLENN DEFENSE MARINE (ASIA) PTE LTD (3)<br><br>Defendants. | Case No. 3:13-cr-03781-JLS<br><br>**CERTIFICATE OF SERVICE OF JOINT MOTION TO CONTINUE SENTENCING HEARING FROM APRIL 3, 2015 TO OCTOBER 9, 2015** |

**CERTIFICATE OF SERVICE**     3:13- cr -03781-JLS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the following document has been served on February 23, 2015 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system:

**JOINT MOTION TO CONTINUE SENTENCING HEARING FROM APRIL 3, 2015 TO OCTOBER 9, 2015**

Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct and that this proof of service was executed on February 23, 2015 at San Diego, California.

*/s/ Sara J. O'Connell*
Sara J. O'Connell
COVINGTON & BURLING LLP
9191 Towne Centre Drive, 6th Floor
San Diego, CA 92122-1225
Telephone: 858.678.1800