UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13CR3781-JLS |
|---|---|
| v. | 13CR3782-JLS |
| | 13CR4287-JLS |
| LEONARD GLENN FRANCIS, | PRELIMINARY ORDER OF CRIMINAL FORFEITURE |
| Defendant. | |

WHEREAS, in the Information in the above-captioned cases, the United States sought forfeiture of all right, title and interest in specific property of the above-named Defendant LEONARD GLENN FRANCIS ("Defendant"), pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as property involved in a conspiracy to commit bribery, bribery, and conspiracy to defraud the United States, in violation of 18 U.S.C. §§ 371 and 201(b);

WHEREAS, on or about January 15, 2015, Defendant pled guilty before Magistrate Judge Jan M. Adler to the three-count Information, which plea included a consent to the forfeiture allegations of the Information and an agreement to entry of forfeiture money judgment against the Defendant in favor of the United States in an amount not less than $35,000,000.00;

WHEREAS, on February 5, 2015, this Court accepted the guilty plea of Defendant;

//

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court determined that the amount of not less than $35,000,000.00 (U.S. dollars) represents a portion of the gross of proceeds of a conspiracy to commit bribery and bribery as well as a conspiracy to defraud the United States, with the Court to determine the full amount at sentencing;

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now entitled to a Preliminary Order of Forfeiture and a judgment in its favor against the Defendant in the amount of $35,000,000.00, with the Court to determine the full forfeiture amount at sentencing pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the $35,000,000.00 judgment and the offenses;

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;"

WHEREAS, as set forth in the plea agreement and Forfeiture Addendum, Defendant has previously remitted to the United States $5,000,000.00 to be applied against the Preliminary Order of Forfeiture; and

WHERAS, additional payments made pursuant to the plea agreement and Forfeiture Addendum will be applied against the Preliminary Order of Forfeiture; and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record for review, and Defendant through his attorney having no objections thereto;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Defendant LEONARD GLENN FRANCIS shall forfeit to the United States the sum of not less than $35,000,000.00 pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c); and

2. Judgment shall be entered in favor of the United States against Defendant in the amount of $35,000,000.00, with the Court to determine the full forfeiture amount at sentencing, for which Defendant shall be jointly and severally liable with co-defendant Glenn Defense Marine Asia, with interest to accrue thereon in accordance with 18 U.S.C. § 3612(f) and 28 U.S.C. § 1961; and

3. This Court shall retain jurisdiction in the case for the purpose of determining the full amount of the forfeiture judgment, enforcing the order of forfeiture, and collecting and enforcing the judgment; and

4. Pursuant to Rule 32.2(b)(3) and as set forth above, this Preliminary Order of Forfeiture is subject to modification, with the full amount of the forfeiture judgment to be determined solely by the Court at sentencing and shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment; and

5. Pursuant to Rule 32.2(b)(3) the United States may, at any time, conduct discovery to identify, locate, or dispose of directly forfeitable assets and substitute assets against which this Preliminary Order of Forfeiture may be enforced; and

6. The United States may, at any time, move pursuant to Rule 32.2(e) to execute or substitute assets of the Defendant against the Preliminary Order of Forfeiture up to the full amount of the money judgment, to satisfy the money judgment in whole or in part; and

7. The United States may take any and all actions available to it to collect and enforce the judgment.

Dated: July 17, 2015

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge