ADAM L. BRAVERMAN
United States Attorney
MARK W. PLETCHER (Colorado Bar No. 034615)
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9714

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>LEONARD GLENN FRANCIS,<br><br>    Defendant. | Case Nos. <u>13-CR-3781, 3782, 4287-JLS</u><br><br>MOTION TO UNSEAL MOTION FOR MEDICAL FURLOUGH, ORDERS THEREON, PROPOSED ORDER TO MODIFY, AND THE TRANSCRIPT OF THE MAY 16, 2018 HEARING |

The United States, by and through its counsel, applies for an Order from the Court to unseal the defendant's November 14, 2017 motion for medical furlough, and the Court's orders thereon of November 17, 2017, February 27, 2018, April 11, 2018, and April 17, 2018, as well as defendant's proposed order to modify conditions of release to allow travel to testify in Norfolk, VA, and the transcript of the May 16, 2018 hearing, subject to redactions necessary to protect the defendant's sensitive medical information.

Based on the passage of time and the occurrence of intervening events, the rationale to seal these materials has diminished and the public's right to transparency in the proceedings now weighs in favor of releasing these materials subject to redactions necessary to protect the defendant's sensitive medical information.

The United States has consulted defense counsel, who indicated he would file a response after reviewing the materials and consulting with his client.

Accordingly, the United States requests an Order unsealing the defendant's November 14, 2017 motion for medical furlough, and the Court's orders thereon of November 17, 2017, February 27, 2018, April 11, 2018, and April 17, 2018, as well as defendant's proposed order to modify conditions of release to allow travel to testify in Norfolk, VA, and the transcript of the May 16, 2018 hearing, subject to redactions necessary to protect the defendant's sensitive medical information.

DATED: May 29, 2018

                                          Respectfully submitted,

                                          ADAM L. BRAVERMAN
                                          United States Attorney

                                          _/s/ Mark W. Pletcher_____
                                          MARK W. PLETCHER
                                          Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 13-CR-3781, 3782, 4287-JLS |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| LEONARD GLENN FRANCIS, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, MARK PLETCHER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the MOTION TO UNSEAL MOTION FOR MEDICAL FURLOUGH, ORDERS THEREON, PROPOSED ORDER TO MODIFY, AND THE TRANSCRIPT OF THE MAY 16, 2018 HEARING on the parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 29, 2018.                    *S/ Mark Pletcher*
                                        MARK PLETCHER
                                        Assistant U.S. Attorney