UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>LEONARD GLENN FRANCIS,<br><br>  Defendant. | Case Nos.:<br>3:13-cr-03781-JLS<br>3:13-cr-03782-JLS<br>3:13-cr-04287-JLS<br><br>Order continuing sentencing hearings. |

Good cause appearing, the sentencing hearings in the above matters are continued from September 14, 2018, to March 1, 2019, at 9:00 a.m.

So ordered.

Dated: June 14, 2018

Hon. Janis L. Sammartino
United States District Judge

1