| | |
|---|---|
| 1 | Jeremy Warren |
| | WARREN & BURSTEIN |
| 2 | State Bar No. 177900 |
| 3 | 501 West Broadway, Suite 240 |
| | (619) 234-4433 |
| 4 | jw@wabulaw.com |
| 5 | |
| | Attorneys for Defendant Francis |
| 6 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 13cr3781-JLS, 13cr3782-JLS, |
|---|---|
| | )          13cr4287-JLS |
| Plaintiff, | ) |
| | ) |
| v. | ) Joint motion to continue sentencing |
| | ) |
| LEONARD GLENN FRANCIS, | ) |
| GLENN DEFENSE MARINE ASIA, | ) |
| | ) |
| Defendants. | ) |

The parties jointly move to continue the sentencing hearings in the above matters from September 6, 2019, to March 20, 2020 at 9:00 a.m. Mr. Francis's acknowledgment is attached.

So moved.

Dated: May 6, 2019                             */s/ Jeremy Warren*
                                                 Jeremy D. Warren
                                                 Warren & Burstein
                                                 Attorneys for Mr. Francis

Dated: May 6, 2019                             */s/ Mark Pletcher/Rob Huie*
                                                 Mark Pletcher/Rob Huie
                                                 Assistant United States Attorneys

Jeremy Warren
WARREN & BURSTEIN
State Bar No. 177900
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

Attorneys for Defendant Francis

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 13cr3781-JLS, 13cr3782-JLS, 13cr4287-JLS |
| Plaintiff, | |
| v. | Acknowledgment of next court date |
| LEONARD GLENN FRANCIS, GLENN DEFENSE MARINE ASIA, | |
| Defendants. | |

I acknowledge my next court date has been continued to March 20, 2020, at 9:00 a.m. I will be in court as directed on that date and time.

Dated: 5/6/19

_Leonard Glenn Francis_