TARA K. McGRATH
United States Attorney
MICHELLE L. WASSERMAN
Assistant United States Attorney
California Bar No. 254686
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-8431
Email: Michelle.Wasserman@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 13CR3781-JLS |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| LEONARD GLENN FRANCIS et al., | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>
MARK W. PLETCHER
LUELLA M. CALDITO

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

DAVID CHU

Please feel free to call me if you have any questions about this notice.

DATED: December 20, 2023.

TARA K. McGRATH
United States Attorney

s/ *Michelle L. Wasserman*
MICHELLE L. WASSERMAN
Assistant U.S. Attorney